1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    KEITH HOPKINS, C-65737,                )
                                             )
12            Plaintiff(s),                   )     No. C 12-3719 CRB (PR)
                                             )
13       v.                                   )     ORDER OF DISMISSAL
                                             )
14    M. CATE, et al.,                        )     (Docket #39 & #41)
                                             )
15            Defendant(s).                   )
                                             )
16

17          Plaintiff has filed a request for "dismissal without prejudice" which the

18    court  construes as a notice of voluntary dismissal under Federal Rule of Civil

19    Procedure 41(a)(1) and, pursuant thereto, the above-captioned matter is

20    DISMISSED without prejudice.  See American Soccer Co. v. Score First Enters.,

21    187 F.3d 1108, 1110 (9th Cir. 1999) (plaintiff's "absolute right" to dismiss his

22    action voluntarily before the defendants serve an answer or a motion for

23    summary judgment leaves no role for the court to play).

24          The clerk shall close the file and terminate all pending motions as moot.

25    SO ORDERED.

26    DATED:  July 29, 2013

                              CHARLES R. BREYER
27                            United States District Judge

28    G:\PRO-SE\CRB\CR.12\Hopkins, K.12-3719.dismissal.wpd