IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re RANDELL HOPKINS, V97737, | No. C 13-2725 CRB (PR) |
| Plaintiff. | ORDER |
| | (Docket #11) |

       On June 13, 2013, the clerk filed as a new prisoner action a letter by plaintiff complaining of inadequate medical care. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 30 days would result in dismissal of the action.

       On July 30, 2013, the court dismissed the actions without prejudice because more than 40 days had elapsed and plaintiff had not provided the court with the requisite items or sought an extension of time to do so.

       Plaintiff has filed a request for reconsideration noting that he was "transferred out" to another prison until June 21, 2013. Plaintiff's request for

| | |
|---|---|
| 1 | reconsideration is denied.  But because the dismissal of the action was without |
| 2 | prejudice, plaintiff is free to file a new action using the court's complaint form. |
| 3 | The clerk is instructed to send plaintiff a blank complaint form. |
| 4 | SO ORDERED. |
| 5 | DATED:  Aug. 8, 2013            _____ |
| 6 | CHARLES R. BREYER<br>United States District Judge |
| 28 | G:\PRO-SE\CRB\CR.13\Hopkins, R.13-2725.recon.wpd |